UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HERNDANDEZ OLVERA,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:13-cv-00515 - JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF DANIEL OLVERA AND AGAINST DEFENDANT, CAROLYN COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY |

Daniel Hernandez Olvera (Plaintiff") sought review of the administrative decision denying Social Security benefits.  On January 7, 2014, the parties stipulated to a voluntary remand of Plaintiff's Social Security appeal for further administrative proceedings as follows:

> On remand, the ALJ will: (1) update the medical record and further evaluate Plaintiff's severe medically determinable impairment at step two, the sequential evaluation; (2) reevaluate Plaintiff's impairments under applicable listings at step three; (3) consider the effects of obesity in accordance with FSR 02 – 1P; (4) reassess Plaintiff's residual functional capacity by reevaluating and weighing the medical and other opinions of record; (5) reevaluate Plaintiff's credibility; and , if necessary, (6) obtain medical expert evidence regarding the nature and severity of Plaintiff's impairments and their limiting effects; and if warranted, (7) obtain supplemental evidence from a vocational expert in light of new evidence.

(Doc. 19 at 1-2.).  Further, the parties noted the matter was to be remanded under sentence four of 42 U.S.C. § 405(g).  (*Id.* at 2.)

///

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The matter is **REMANDED** under four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Daniel Hernandez Olvera and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **January 8, 2014**               **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE